# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS L. MUSQUEZ,<br><br>      Plaintiff,<br><br>   v.<br><br>BECKY REINFENSTAHL, et al.,<br><br>      Defendants. | 1:14-cv-01960-BAM (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM<br><br>(ECF Nos. 1, 6) |

      Plaintiff Marcos L. Musquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on December 10, 2014.  Plaintiff consented to the jurisdiction of a Magistrate Judge.  (ECF No. 5.)

      On June 8, 2015, the Court dismissed Plaintiff's complaint with leave to amend within thirty days after service.  28 U.S.C. § 1915A.  Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, this action would be dismissed for failure to obey a court order and failure to state a claim.

      The deadline for Plaintiff to file his amended complaint has passed and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

1  Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
2  HEREBY DISMISSED based on Plaintiff's failure to state any claims upon which relief may be
3  granted and for failure to obey a court order.  All pending motions, if any, are terminated.
4
5  IT IS SO ORDERED.
6
    Dated: **July 21, 2015**    /s/ *Barbara A. McAuliffe*
7                                                   UNITED STATES MAGISTRATE JUDGE